The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENZEN XIE WEI ELECTRONICS LTD aka XIEWEI ELECTRONICS, and<br>MAO MANG aka BOB MAO,<br><br>Defendants. | NO. 2:13-cr-00016-RAJ<br><br>ORDER OF DISMISSAL |

The Court having reviewed the motion of the United States of America requesting dismissal of the Indictment against Defendants Shenzen Xie Wei Electronic Ltd aka Xiewei Electronics and Mao Mang aka Bob Mao, and having reviewed the file herein,

IT IS ORDERED that the Indictment against Defendants Shenzen Xie Wei Electronic Ltd aka Xiewei Electronics and Mao Mang aka Bob Mao is dismissed and that any arrest warrants as to these Defendants are quashed.

The Clerk of Court is directed to provide a copy of this Order of Dismissal to the United States Marshals Service.

DATED this 10th day of March, 2022.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL
*United States v. Oberholtzer, et al.* 2:13-cr-00016-RAJ - Page 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970